No. 40288.—Protests 414941–G, etc., of Bendit Drey & Co., Inc., et al. (New York).

Opinion by FIRST DIVISION.—Following the authorities cited in Abstract 15400 the court dismissed the protests.